No. 22701.

ROBERT EUGENE KING v. THE PEOPLE OF THE STATE OF COLORADO.
(425 P.2d 34)

Decided March 20, 1967.

VIRGINIA MALLOY, for plaintiff in error.

DUKE W. DUNBAR, Attorney General, FRANK E. HICKEY, Deputy, JOHN P. MOORE, Assistant, for defendant in error.

*En Banc.*

PER CURIAM.

The issues submitted to this court upon this writ of error are the same as those resolved in *Gomez v. People*, 162 Colo. 77, 424 P.2d 387. The attorney general has confessed error and joins in request for reversal.

Upon the authority of *Gomez, supra*, the judgment in the instant case is reversed.